Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd, Suite 205
Paramount, CA 90273
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
MARIA GUADALUPE KNOX

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| MARIA GUADALUPE KNOX<br><br>Plaintiff.<br><br>v.<br><br>CAPITAL ONE, N.A.<br><br>Defendant. | Case No.: 2:18-cv-4750-RSWL<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES Plaintiff, MARIA GUADALUPE KNOX, through attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next sixty (60) days.

Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

Date: January 23, 2019        RESPECTFULLY SUBMITTED,

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff,
MARIA GUADALUPE KNOX

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2019, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. Notice of said filing was served via e-mail transmission to the following:

HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
CHELSEA L. DIAZ (SBN 271859)
cdiaz@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal