1  **WESTGATE LAW**
2  Matthew A. Rosenthal (SBN 279334)
   16444 Paramount Blvd, Suite 205
3  Paramount, CA 90723
   T: (818) 200-1497
4  F: (818) 869-2208
5  Matt@westgatelaw.com
   Attorneys for Plaintiff
6  MARIA GUADALUPE KNOX

7

8  **IN THE UNITED STATES DISTRICT COURT
   CENTRAL DISTRICT OF CALIFORNIA
9  WESTERN DIVISION**

10

| | |
|---|---|
| MARIA GUADALUPE KNOX, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ONE, N.A., <br><br> Defendant. | Case No. 2:18-CV-04750 <br> *Assigned to Judge Ronald S.W. Lew; Referred to Magistrate Judge Gail J. Standish* <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

   PLEASE TAKE NOTICE that, pursuant to the settlement reached among Plaintiff, Maria Guadalupe Knox, and Defendant, Capital One Bank (U.S.A.), N.A., the parties hereby stipulate, and jointly request, that the present proceeding be dismissed with prejudice.  Each party is to bear its own attorneys' fees and

costs.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter may be dismissed with prejudice without an Order of the Court.

DATED:  March 11, 2019            **WESTGATE LAW**

By:*/s/ Matthew A. Rosenthal*
    Matthew A. Rosenthal
    Attorneys for Plaintiff,
    MARIA GUADALUPE KNOX

**DOLL AMIR & ELEY LLP**

By:*/s/ Margaret C. McHugh-Sivore*
    Margaret C. McHugh-Sivore
    Attorneys for Defendant,
    CAPITAL ONE BANK (U.S.A.), N.A.

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to all counsel of record listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

By:*/s/ Matthew A. Rosenthal*
    Matthew A. Rosenthal